UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CUIP WINN COLUMBUS CENTER, LLC,
        Plaintiff,

v.

WESTCHESTER FIRE INSURANCE
COMPANY,
        Defendants.

CIVIL ACTION NO.
10-10785-MBB

## FINAL JUDGMENT

FEBRUARY 25, 2011

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs.

        /s/ Marianne B. Bowler
        **MARIANNE B. BOWLER**
        United States Magistrate Judge